429 A.2d 740

Commonwealth v. Yatsko and Spencer, Appellants.

Submitted October 26, 1978. Lester G. Nauhaus, Public Defender, for appellants; Robert E. Colville, District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and WATKINS, JJ.

Judgment of sentences affirmed.

429 A.2d 741

Commonwealth ex rel. Oliphant v. Oliphant, Appellant.

Argued April 16, 1980. Bernard S. Shire, for appellant; Patrick J. Rega, for appellee.

Before PRICE, BROSKY and MONTGOMERY, JJ.

Order affirmed.